IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Healthy Teen Network, *et al.*          *

v.                                       *    Civil Action No. CCB-18-468

Alex M. Azar II, *et al.*                *

                                         *
                                       ***

**Order**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The plaintiffs' motion for a permanent injunction, treated as a motion for summary judgment, (ECF No. 18), is **GRANTED** as to Count I, but **DENIED** as moot as to Counts II and III, of the amended complaint, (ECF No. 21);

2. HHS's decision to terminate the plaintiffs' grant awards is **VACATED**;

3. HHS shall process the plaintiffs' noncompeting continuation funding applications for year four of their Teen Pregnancy Prevention program grant funding under lawful criteria and as if HHS had not terminated the plaintiffs' grant awards. The applications must be processed in accordance with the regulations in 45 C.F.R. part 75, as applicable to the plaintiffs as recipients of grants with five-year periods of performance beginning on July 1, 2015, and ending June 30, 2020. The applications shall be processed in sufficient time for any funding that may be awarded to the plaintiffs to be made available to them by June 29, 2018, or, if HHS denies any award to either plaintiff, for such plaintiff(s) to be informed of the reasons for the denial in writing no later than noon on June 15, 2018;

4. the plaintiffs' motion for a hearing, (ECF No. 19), is **DENIED** as moot;

5. the defendants' motion for dismissal or for summary judgment, (ECF No. 27), is **DENIED**;

6. the Clerk shall **SEND** a copy of this Order and the accompanying Memorandum to counsel of record; and

7. the Clerk shall **CLOSE** this case.


____April 25, 2018_____                 _____/s/_____
        Date                                  Catherine C. Blake
                                              United States District Judge